AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kevin Richardson, also known as Kevin Bookman, *Petitioner* ) ) ) | |
| v. ) | Civil Action No.  0:14-cv-04797-MGL |
| Warden of Danbury Federal Correctional Institution, *Respondent* ) ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Kevin Richardson, shall take nothing of the respondent, Warden of Danbury Federal Correctional Institution, as to the petition filed and this action is dismissed without prejudice and without requiring respondent to file a return

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismissed the petition without prejudice.

Date:  April 16, 2015                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                     s/G. Mills
                                                                     *Signature of Clerk or Deputy Clerk*